United States District Court Eastern District Arkansas
U.S.A. v. Pedro Almendarez Guifarro, Defendant
Case No. 4:22-CR-00302-JM-1

## Defendant's Motion To Reduce Sentence

Comes now Defendant Pedro Almendarez Guifarro, pro se, and files this his motion pursuant 18 USC 3582(c)(2), seeking a reduction based on Part B of Amendment 821 to the U.S.S.G. dated November 1, 2023.

## Memorandum in Support of Reduction

On 11/1/22, Defendant was arrested in Little Rock, Arkansas, and charged for a nonviolent drug offense. (RECORD) Defendant was indicted for a Schedule II non-narcotic offense (Offense Code 383) and possession with intent to distribute methamphetamine. 21:841(A)(1) & (B)(1)(A).

On 10/11/23, Defendant through counsel, timely accepted responsibility to his crime and this

1.

Court sentenced Defendant to serve 57 months in prison with a 5 years supervised release sentence to follow. (Record)

Defendant is a first offender with ZERO Criminal History Points. (Record) Defendant's present offense level is 25 and his category is 0. (Record).

## Legal Analysis & Defendant's Eligibility

Amendment 821 "provides for a decrease of two levels from the offense level... for defendants who did not receive any criminal history points... and whose instant offense did not involve specified aggravating factors." Application to Amendment 821 (Parts A and B, Subpart I Only), Amendment to the Sentencing Guidelines. Specifically, a defendant must meet all the criterias to be eligible for relief. There are ten (10) criterias. U.S.S.G. §4C1.1(a). Here in the case at bar, Defendant has ZERO criminal history points, satisfies the

2.

ten criterias, and is eligible for a two level sentence reduction under Part B of Amendment 821. Defendant's new offense level will be 23 and his guideline sentence will be 46 months, retroactive February 1, 2024. This Court has discretion to grant Defendant's 18 USC 3582(c)(2) motion to reduce sentence instanter.

## Conclusion

This Court should grant relief on this 19th day of January, 2024.

Pedro A. Guitarro
Pedro A. Guitarro, 30883-510
F.C.I Memphis, Beale B-317
P.O. Box 34550
Memphis, TN 38184

## Certificate of Service

Mailed to the Clerk of Court from FCI Memphis on 1/19/24. Pedro Guitarro 30883-510