IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

v.  No. 4:22-CR-000302-01-JM

PEDRO LEONEL GUIFARRO ALMENDAREZ

## ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 67) is DENIED.

The Court applied Amendment 821 to Defendant's case when he was sentenced on October 11, 2023.

Additionally, Defendant's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."[1] Because Defendant knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief.[2]

IT IS SO ORDERED this 29th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 32.

[2] *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582 (c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).